

**NUMBER 13-22-00004-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF M.L.H. A CHILD

**On appeal from the 347th District Court
of Nueces County, Texas.**

# ORDER

**Before Justices Hinojosa, Tijerina, and Silva
Order Per Curiam**

This is an appeal of a final order terminating parental rights. The notice of appeal was filed on January 3, 2022, and appellant's brief is due February 8, 2022. Appellant A.L.H. has filed an unopposed motion for extension of time seeking ten days of additional time to file the brief.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals, but include additional expedited deadlines and procedures. *See* Tex. R. App. P. 28.4; Tex. R. Jud. Admin. 6.2(a). The

intermediate appellate courts are directed to ensure "as far as reasonably possible" that appeals in such cases are brought to final disposition within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a). Accordingly, it is the policy of this Court to limit extensions of time in such cases absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

We GRANT appellant's unopposed motion for extension of time and ORDER appellant's brief to be filed on or before Friday, February 18, 2022. No further extensions of time will be granted absent truly exigent and extraordinary circumstances.

PER CURIAM

Delivered and filed on the
8th day of February, 2022.